IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) Chapter 13 |
| Marsha L. Simmons | ) No. 21-00369 |
| | ) Judge Donald R. Cassling |
| Debtor(s) | )  Trustee: M.O. Marshall |

To See Attached Service List:

NOTICE OF MOTION

Please take notice that on September 29, 2021 at 9:30am or as soon thereafter as counsel may be heard, I shall appear before his Honor, Judge Donald R. Cassling or before any other Judge who may be presiding in hishis place and stead, and shall then and there present the motion of Raffy A. Kaplan to present a Motion to Modify the Confirmed Plan at which time and place you may appear if you so desire.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

Dated:  September 6, 2021          /s/ Raffy A. Kaplan
                                    Raffy A. Kaplan
                                    Attorney for Debtor


Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989

## CERTIFICATE OF SERVICE

I, Raffy A. Kaplan, an attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this Notice on each entity shown on the attached list at the address shown and by method indicated on the list via regular U.S. Mail with postage prepaid from the mailbox located at 25 East Washington St. Chicago, IL 60602 on September 6, 2021.

/s/*Raffy A. Kaplan*
Raffy A. Kaplan

Service List

Marsha L. Simmons
3213 West 85th Street IL
Chicago, IL 60652

M.O. Marshall (via electronic notice)
55 E. Monroe St., Ste. 3850
Chicago, IL 60603

Office of The U.S. Trustee (via electronic notice)
219 S. Dearborn, Street, Ste. 873
Chicago, IL 60604

Chrysler Capital
P.O. Box 660335
Chicago, IL 60652-3726

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floo
Miami, FL 33146

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794-9006

Internal Revenue Service
575 N. Pennsylvania Street
M/S SB380
Indianapolis, IN 46204

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Internal Revenue Service
230 S. Dearborn, MS 4401
Attn:  D.R. Calhoun-1248182
Chicago, IL 60604

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346

Ira T. Nevel
175 North Franklin
#201
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) Chapter 13 |
| Marsha L. Simmons | ) No. 21-00369 |
| | ) Judge Donald R. Cassling |
| Debtor(s) | ) Trustee: M.O. Marshall |

## MOTION TO MODIFY THE CONFIRMED PLAN

Now comes the debtor's attorney, Raffy A. Kaplan and moves this court to modify the confirmed plan and in support of this motion states as follows:

1. On January 12, 2021 the debtor filed a petition for relief pursuant to Chapter 13 of Title 11 U.S.C.

2. On March 31, 2021, debtor's) case was confirmed with a monthly payment of $1150.00 per month for 60 months paying 100% to allowed secured and 100% to unsecured creditors;

3. On July 13, 2021, the Internal Revenue Service filed an amended proof of claim for pre-petition debt.

4. The proof of claim was filed after the case was confirmed thereby rendering the debtor's plan unfeasible.

5. Under the new proposal, the debtor will pay the Trustee $1,400.00 per month for the remaining 52 months of the plan term.

6. Based on the claims filed in this case, unsecured creditors will continue to receive 100% of their allowed claims under this new payment.

7. The modified plan complies with the requirements of §1322 and §1325 of the U.S. Bankruptcy Code.

Wherefore, the debtor prays that this Honorable Court will authorize modification of debtor's plan deferring any default through September 12, 2021, providing for monthly payments to the

Trustee of $1,400.00 for the remaining 52 months of the plan, and any other relief that this Court deems just and proper under the circumstances.

Dated: September 6, 2021

                                      Respectfully Submitted,

                                      /s/ Raffy A. Kaplan
                                      Attorney for Debtor

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6275234
(312) 294-8989